48 So.2d 884

**Guy M. BAKER v. Eugene C. PARKER et al.**

**4 Div. 619.**

Supreme Court of Alabama.

Nov. 9, 1950.

Grady G. Cleveland, Jr., of Eufaula, for appellant.

Archie I. Grubb, of Eufaula, for appellees.

PER CURIAM.

Appeal dismissed.

47 So.2d 917

**Dona BENEFIELD v. L. HOLMES.**

**7 Div. 46.**

Supreme Court of Alabama.

May 25, 1950.

PER CURIAM.

Appeal dismissed, want of prosecution.

47 So.2d 917

**BIRMINGHAM ELECTRIC CO. v. Ben F. GRIFFIN.**

**6 Div. 88.**

Supreme Court of Alabama.

June 28, 1950.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.

Chas. M. Nice, Jr., and Geo. D. Patterson, Jr., both of Birmingham, for appellee.

BROWN, Justice.

Appeal dismissed, motion of appellant.

48 So.2d 884

**Owen W. BROADFOOT v. CITY OF FLORENCE.**

**8 Div. 561.**

Supreme Court of Alabama.

Nov. 2, 1950.

Arthur L. Shaw, of Tuscumbia, for appellant.

Mitchell & Poellnitz, of Florence, for appellee.

Geo. W. McBurney, amicus curiae.

PER CURIAM.

Affirmed for want of assignments of error. See, also, 253 Ala. 455, 45 So.2d 311.